**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**November 17, 2005**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-60691
Summary Calendar

MOHAMMED GOLAM MORSHED CHOWDHURY,

                                        Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A79 002 522
--------------------

Before JONES, WIENER, and DeMOSS, Circuit Judges

PER CURIAM:*

        Petitioner Mohammed Golam Morshed Chowdhury seeks our review
of the Board of Immigration Appeals' ("BIA") denial of relief on
his application for asylum, withholding of removal, and protection
under the Convention Against Torture.  (As Chowdhury has not
briefed the BIA's denial of withholding of removal and relief under
the Convention Against Torture, these claims are deemed abandoned.)
See Rodriquez v. INS, 9 F.3d 408, 414 n.15 (5th Cir. 1993).

        As to the asylum application, Chowdhury challenges the BIA's
determination that his application was untimely under 8 U.S.C.

--------

        * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 1158(a)(2). We do not have jurisdiction to review its determination. 8 U.S.C. § 1158(a)(3).

For lack of jurisdiction, Chowdhury's petition for review is DISMISSED.